BC

RECEIVED
8/22/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EE

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW D. YEAGER, | |
| Plaintiff, | Civil No. 1:26-cv-06793 |
| v. | District Judge Sharon Johnson Coleman |
| JONATHAN D. STEELE et al., | |
| Defendants. | |

**TEMPORARY RESTRAINING ORDER**

1. Defendant Sochor and her legal representation in state court shall hereby withdraw any pending fee requests relating to this federal matter in the state court.

2. Defendant Sochor and her legal representation in state court are hereby enjoined from propounding any further fee requests relating to this federal matter in the state court.

IT IS SO ORDERED. DATED:

____________________________ ____________________________

UNITED STATES DISTRICT JUDGE