**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Matthew D. Yeager
Plaintiff,
v.
Jonathan D. Steele, et al.
Defendant.

Case No.: 1:26−cv−06793
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: The Court denies Mr. Yaeger's emergency motion for an ex parte temporary restraining order ("TRO") [21]. The Court considers it improper and inconsistent with the principles of Federalism to enter a TRO restraining a party from seeking relief to which it believes it is entitled in a state court. Mr. Yaeger obviously believes that Defendants are incorrect to seek fees related to this cost of this litigation in the underlying state court dispute, but the place to contest such fees is in the courts of Illinois, not in Federal court. Indeed, from Mr. Yaeger's brief, it appears that the state judge may already agree with him. See dkt. 21 at *13. Moreover, the Court does not find that Mr. Yaeger will suffer any irreparable harm, as any improperly awarded fees can be reversed later. See, e.g., American Hosp. Ass'n v. Harris, 625 F.2d 1328, 1331 (7th Cir.1980) (mere monetary injuries, however substantial, are not enough to constitute irreparable harm). Because Mr. Yaeger cannot show that he is subject to irreparable harm, he does not meet the criteria for a TRO, so the Court must deny the motion. See, e.g., Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 22, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) ("Our frequently reiterated standard requires plaintiffs seeking preliminary relief to demonstrate that irreparable injury is likely in the absence of an injunction.") Finally, the Court observes that Mr. Yaeger has filed his motion under seal without following the procedures in Local Rule 26.2 for requesting permission from the Court to do so. The Court directs Mr. Yaeger to file a motion by 8/31/2026 seeking leave to file under seal and explaining why filing under seal is necessary. Alternatively, Mr. Yaeger may file a motion to withdraw and strike his denied emergency motion for a TRO. If the Court does not receive a timely filing from Mr. Yaeger, then it will order the motion unsealed on 9/1/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.