BC

FILED
9/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VW

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW D. YEAGER, | |
| Plaintiff, | Civil No. 1:26-cv-06793 |
| v. | District Judge Sharon Johnson Coleman |
| JONATHAN D. STEELE et al., | |
| Defendants. | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Matthew D. Yeager, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from:

**a.** the order, signed by District Judge Coleman, denying injunctive relief, filed in this matter on August 24, 2026 under docket entry 22;

**b.** the order, signed by District Judge Coleman, denying Rule 59(e) alteration of the abovedescribed order denying injunctive relief in this matter, filed in this matter on August 31, 2026 under docket entry 24;

**Dated: September 3, 2026**

Respectfully submitted,

/s/ Matthew D. Yeager, In Pro Se
1047 Hickory Drive
Western Springs, IL 60558
Email: matthewyeager2024@gmail.com
Tel: (630) 862-1123

**CERTIFICATE OF SERVICE**

The undersigned certifies that this paper and all attachments were (a) electronically filed with the clerk of this Court on September 3, 2026, and (b) provided via email to the attorneys who have entered their appearances in this matter per the contact details listed below.

**Electronic Service on Attorneys**

mdelster@beermannlaw.com
for Defendants

/s/ Matthew D. Yeager